**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AUXILIOR CAPITAL PARTNERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| RTL LEASING, LLC, RTLX LTD., | ) | |
| RESERVE TRUCK LINES LTD. CO. and | ) | |
| JACOB KUENZL, | ) | |
| | ) | |
| Defendants. | ) | |

**VERIFIED COMPLAINT**

NOW COMES AUXILIOR CAPITAL PARTNERS, INC. ("Auxilior"), by and through counsel, and for its Verified Complaint against RTL LEASING, LLC ("RTL Leasing"), RTLX LTD. ("RTLX"), RESERVE TRUCK LINES LTD. CO. ("Reserve") and JACOB KUENZL ("Kuenzl") (collectively the "Defendants"), states as follows:

**PARTIES**

1.      Auxilior is a Delaware corporation with its principal place of business located at 620 W. Germantown Park, Suite 450, Plymouth Meeting, PA 19462.

2.      RTL Leasing is an Illinois Limited Liability Company with its principal place of business located at 13717 U.S. Route 30, Plainfield, IL 60544.   Upon information and belief, the members-managers of RTL Leasing are Kuenzl and Vaiva Grama.  Non-party Vaiva Grama is a citizen of the State of Illinois, who maintains her domicile in Plainfield, IL.

3.      RTLX is an Illinois Corporation with its principal place of business located at 13717 U.S. Route 30, 111A, Plainfield, IL 60544.

4.      Reserve is an Iowa Corporation with its principal place of business located at 222

1

3rd Ave SE, Suite 504, #18, Cedar Rapids, IA 52401.

5.      Kuenzl is a citizen of the State of Illinois, who maintains his domicile at 20858 W. Ardmore Cir, Plainfield, IL 60544.

## JURISDICTION AND VENUE

6.      The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) insomuch as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2), because a substantial part of the events or omissions giving rise to Auxilior's claims occurred in this judicial district, and because the Defendants reside and/or conduct business in this judicial district.

## BACKGROUND

8.      Auxilior contracted with non-party Merging Express, LLC ("Merging Express") for the financing of certain equipment. Merging Express informed Auxilior that it subleased the equipment to RTL Leasing, one of the defendants herein.

9.      Merging Express subsequently ceased operations and liquidated its assets. As a result, Auxilior foreclosed on the equipment financed for Merging Express. RTL Leasing, as sublessee of Merging Express, had possession of the financed equipment at that time. Auxilior agreed to finance RTL Leasing's purchase of the equipment previously owned by Merging Express.

10.     On or about July 26, 2024, Auxilior, as lender, and RTL Leasing, as borrower, entered into Loan and Security Agreement No. XXX2906 (the "Agreement"), wherein Auxilior financed RTL Leasing's purchase of the following equipment: one (1) 2020 Freightliner Cascadia Sleeper Tractor, Vin No. 3AKJHHDR6LSLR1515, one (1) 2020 Freightliner Cascadia Sleeper

2

Tractor Vin No. 3AKJHHDR3LSLR1522, one (1) 2020 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH9LN202203, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH3KN202213, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EHXKN202211, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH1KN202212, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH5KN202214, one (1) 2019 Great Dane Reefer Trailer w/ ThermoKing Vin No. 1GRAA062XKB163665, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR3LSLR1519, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR8LSLR1516, one (1) 2020 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH5LN202201, one (1) 2018 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJGLDR2JSHR1299, one (1) 2020 Utility Dry Van Trailer Vin No. 1UYVS2537L7813010, one (1) 2018 Wabash Dry Van Trailer Vin No. 1JJV532D2JL047207, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2539HP841317, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2534HG841113, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2533HP883112, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2530N8719106, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2532N8719107, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2534N8719108, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2536N8719109, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0621LB169310, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A062XLB169306, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0621LB169307, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0623LB169308, one (1) 2019 Hyundai TRLRS Dry Van Trailer Vin No. 3H3V532C6KT097004, one (1) 2018 Wabash 53' Air Ride Dry Van Trailer Vin No.

3

1JJV532D9JL048418, one (1) 2017 Wabash 53' Air Ride Dry Van Trailer Vin No. 1JJV532D4HL962005, and one (1) 2019 Great Dane Reefer Trailer w/ ThermoKing Vin No. 1GRAA0628KB163664 (collectively the "Equipment"). A true and correct copy of the Agreement is attached hereto as Exhibit 1.

11. To induce Auxilior to enter into the Agreement, Reserve executed a Corporate Guaranty (the "Reserve Guaranty") in which Reserve guaranteed the full and prompt payment and performance of all of RTL Leasing's obligations under the Agreement. A true and correct copy of the Reserve Guaranty is attached hereto as Exhibit 2.

12. To induce Auxilior to enter into the Agreement, Kuenzl executed a Personal Guaranty (the "Kuenzl Guaranty") in which Kuenzl guaranteed the full and prompt payment and performance of all of RTL Leasing's obligations under the Agreement. A true and correct copy of the Kuenzl Guaranty is attached hereto as Exhibit 3.

13. Pursuant to the Agreement, RTL Leasing agreed to make forty-eight (48) consecutive monthly payments of $48,607.71. See Exhibit 1, p. 1.

14. Under the Agreement, RTL Leasing granted Auxilior a security interest in the Equipment. *See* Exhibit 1, ¶ 6.

15. Auxilior perfected its security interest in the Equipment by recording its lien as first lienholder on the certificates of title to the Equipment. True and correct copies of the Certificates of Title are attached hereto as Group Exhibit 4. Auxilior also filed its UCC-1 financing statement, attached hereto as Group Exhibit 4.

16. Despite agreeing to do so, RTL Leasing failed to obtain issuance of new titles for the Equipment reflecting its ownership interest and Auxilior's interest as first lienholder. As such, the titles still identify Merging Express as owner. Auxilior terminated Merging Express's interest

in the Equipment prior to execution of the Agreement.  In any event, the most recently issued titles reflect Auxilior's interest as first lienholder.

17.     On July 29, 2024, RTL Leasing, RTLX and Auxilior entered into an Amendment (the "First Amendment") to the Agreement wherein RTLX was added as an additional borrower. As set forth in the First Amendment, RTLX's corporate guaranty dated July 26, 2024 was terminated due to the change in RTLX's status to additional borrower A true and correct copy of the First Amendment is attached hereto as Exhibit 5.

18.     On December 30, 2024, RTL Leasing and Auxilior entered into an Amendment (the "Second Amendment") to the Agreement wherein, as an accommodation to RTL Leasing, Auxilior agreed to restructure the payment terms, and agreed accept to $0.00 payments  for the period of September 15, 2024 to December 15, 2024; followed by one (1) monthly payment of $12,883.44 due on or before January 15, 2025; followed by five (5) monthly payments of $8,772.77 ; followed by six (6) monthly payments of $15,000.00; followed by twelve (12) monthly payments of $30,000.00; followed by thirty-six (36) monthly payments of $45,000.00; and one (1) final payment of $400,632.70. A true and correct copy of the Second Amendment is attached hereto as Exhibit 6.

19.     RTL Leasing and RTLX defaulted under the Agreement by failing to make the payment of $12,883.44 due January 15, 2025, and all payments thereafter. *See* Exhibit 1, ¶ 13.

20.     As a result of RTL Leasing's and RTLX's default under the Agreement, Auxilior is entitled to immediately declare due and payable any and all amounts then due, plus all loan payments remaining through the end of the Loan Agreement term, discounted at 3%, which is $2,173,343.00.  *See* Exhibit 1, ¶ 14 and 15

21.   Auxilior is also entitled to pre-judgment interest at the contractual rate of eighteen percent (18%) per annum continuing to accrue until judgment. *See* Exhibit 1, ¶ 18.

22.   Auxilior is further entitled to term fees and late charges pursuant to the Agreement. *See* Exhibit 1, ¶ 14 and 18.

23.   Auxilior is further entitled to attorneys' fees and costs pursuant to the Agreement. *See* Exhibit 1, ¶ 14.

24.   Upon the event of default, Auxilior is also entitled to possession of the Equipment. *See* Exhibit 1, ¶ 14 and 15.

25.   Reserve failed to make payments pursuant to the Reserve Guaranty.

26.   Kuenzl failed to make payments pursuant to the Kuenzl Guaranty.

27.   RTL Leasing and RTLX have failed to return the Equipment despite demand. .

28.   RTL Leasing and RTLX have failed to make payment despite demand.

29.   Auxilior has performed all its obligations under the Agreement and guaranties.

**COUNT I**
**BREACH OF CONTRACT AGAINST RTL LEASING, LLC**

30.   Auxilior repeats and realleges paragraph 1 through 29 as though fully set forth herein.

31.   Under the Agreement, RTL Leasing is indebted to Auxilior for the amounts set forth herein.

32.   RTL Leasing has failed and refused to make payments due and owing under the Agreement.

33.   As a result of RTL Leasing's default under the Agreement, Auxilior has suffered actual damages and is entitled to payment of $2,173,343.00, plus prejudgment interest at the rate

of eighteen percent (18%) per annum from the date of default and continuing to accrue until entry of judgment, plus late charges, term fees and attorneys' fees and costs.

WHEREFORE, Auxilior Capital Partners, Inc. respectfully requests that this Court enter Judgment in its favor and against RTL Leasing, LLC in the amount of $2,173,343.00, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default and continuing to accrue until entry of judgment, late charges, term fees and attorneys' fees and costs, as well as all other and further relief which this Court deems just.

**COUNT II**
**BREACH OF CONTRACT AGAINST RTLX LTD.**

34. Auxilior repeats and realleges paragraphs 1 through 33 as though fully set forth herein.

35. Under the Agreement, RTLX is indebted to Auxilior for the amounts set forth herein.

36. RTLX has failed and refused to make payments due and owing under the Agreement.

37. As a result of RTLX's default under the Agreement, Auxilior has suffered actual damages and is entitled to payment of $2,173,343.00, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default and continuing to accrue until entry of judgment, late charges, term fees and attorneys' fees and costs.

WHEREFORE, Auxilior Capital Partners, Inc. respectfully requests that this Court enter Judgment in its favor and against RTLX Ltd. in the amount of $2,173,343.00, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default and continuing to accrue until entry of judgment, late charges, term fees and attorneys' fees and costs, as well as all other and further relief which this Court deems just.

## COUNT III
## BREACH OF GUARANTY AGAINST RESERVE TRUCK LINES LTD. CO.

38. Auxilior repeats and realleges paragraphs 1 through 37 as though fully set forth herein.

39. Reserve defaulted under the Reserve Guaranty by failing and refusing to make payment when due.

40. Due to Reserve's default under the Reserve Guaranty, Auxilior has suffered actual damages and is entitled to payment of $2,173,343.00, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default and continuing to accrue until entry of judgment, late charges, term fees and attorneys' fees and costs.

WHEREFORE, Auxilior Capital Partners, Inc. respectfully requests that this Court enter Judgment in its favor and against Reserve Truck Lines Ltd. Co. in the amount of $2,173,343.00, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default and continuing to accrue until entry of judgment, late charges, term fees and attorneys' fees and costs, as well as all other and further relief which this Court deems just.

## COUNT IV
## BREACH OF GUARANTY AGAINST JACOB KUENZL

41. Auxilior repeats and realleges paragraphs 1 through 40 as though fully set forth herein.

42. Kuenzl defaulted under the Kuenzl Guaranty by failing and refusing to make payment when due.

43. Due to Kuenzl's default under the Kuenzl Guaranty, Auxilior has suffered actual damages and is entitled to payment of $2,173,343.00, plus prejudgment interest at the rate of

eighteen percent (18%) per annum from the date of default and continuing to accrue until entry of judgment, late charges, term fees and attorneys' fees and costs.

WHEREFORE, Auxilior Capital Partners, Inc. respectfully requests that this Court enter Judgment in its favor and against Jacob Kuenzl in the amount of $2,173,343.00, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default and continuing to accrue until entry of judgment, late charges, term fees and attorneys' fees and costs, as well as all other and further relief which this Court deems just.

## COUNT V
## REPLEVIN AGAINST RTL LEASING, LLC AND RTLX LTD.

44.     Auxilior re-alleges and re-asserts Paragraphs 1 through 43 of its Verified Complaint as though fully set forth herein.

45.     This claim is brought pursuant to 735 ILCS § 5/19-101, et seq., made applicable to this proceeding pursuant to 28 U.S.C. § 1652, as the Equipment is located in Illinois.

46.     Pursuant to the Agreement, Auxilior  has a first priority security interest in the Equipment:  one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR6LSLR1515, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR3LSLR1522, one (1) 2020 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH9LN202203, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH3KN202213, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EHXKN202211, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH1KN202212, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH5KN202214, one (1) 2019 Great Dane Reefer Trailer w/ ThermoKing Vin No. 1GRAA062XKB163665, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR3LSLR1519, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR8LSLR1516, one (1) 2020 Volvo 760 Sleeper Tractor Vin No.

9

4V4NC9EH5LN202201, one (1) 2018 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJGLDR2JSHR1299, one (1) 2020 Utility Dry Van Trailer Vin No. 1UYVS2537L7813010, one (1) 2018 Wabash Dry Van Trailer Vin No. 1JJV532D2JL047207, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2539HP841317, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2534HG841113, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2533HP883112, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2530N8719106, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2532N8719107, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2534N8719108, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2536N8719109, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0621LB169310, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A062XLB169306, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0621LB169307, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0623LB169308, one (1) 2019 Hyundai TRLRS Dry Van Trailer Vin No. 3H3V532C6KT097004, one (1) 2018 Wabash 53' Air Ride Dry Van Trailer Vin No. 1JJV532D9JL048418, one (1) 2017 Wabash 53' Air Ride Dry Van Trailer Vin No. 1JJV532D4HL962005, and one (1) 2019 Great Dane Reefer Trailer w/ ThermoKing Vin No. 1GRAA0628KB163664. *See* Exhibit 1.

47. Due to RTL Leasing's and RTLX's default under the Agreement, Auxilior is entitled to the return of the Equipment. *See* Exhibit 1, ¶ 14 and 15.

48. Auxilior has been unable to secure the Equipment by peaceful means.

49. RTL Leasing and RTLX are wrongfully and unlawfully detaining the Equipment.

50. Auxilior has made demand upon RTL Leasing and RTLX for the return of the Equipment, but RTL Leasing and RTLX have failed and refused to return same.

51.     The Equipment has not been taken for any tax, assessment, or fine levied by virtue of any law of the State of Illinois, against property of Auxilior, nor seized under any lawful process against the goods and chattels of Auxilior subject to such lawful process, nor held by virtue of any order for replevin, execution, or attachment against Auxilior.

52.     Upon information and belief, based on the contract documents, the Equipment is located at 13717 S RT 30 STE 111, Plainfield, IL 60544, or wherever it may be found.

53.     The estimated fair market value of the Equipment is $1,100,000.00, depending on its condition and market prices.

WHEREFORE, Plaintiff Auxilior Capital Partners, Inc. respectfully requests that this Court enter a writ of replevin ordering the U.S. Marshal or other lawful authority to use all necessary force, including the force necessary to break locks, to repossess the Equipment: one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR6LSLR1515, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR3LSLR1522, one (1) 2020 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH9LN202203, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH3KN202213, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EHXKN202211, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH1KN202212, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH5KN202214, one (1) 2019 Great Dane Reefer Trailer w/ ThermoKing Vin No. 1GRAA062XKB163665, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR3LSLR1519, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR8LSLR1516, one (1) 2020 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH5LN202201, one (1) 2018 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJGLDR2JSHR1299, one (1) 2020 Utility Dry Van Trailer Vin No. 1UYVS2537L7813010,

one (1) 2018 Wabash Dry Van Trailer Vin No. 1JJV532D2JL047207, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2539HP841317, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2534HG841113, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2533HP883112, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2530N8719106, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2532N8719107, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2534N8719108, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2536N8719109, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0621LB169310, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A062XLB169306, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0621LB169307, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0623LB169308, one (1) 2019 Hyundai TRLRS Dry Van Trailer Vin No. 3H3V532C6KT097004, one (1) 2018 Wabash 53' Air Ride Dry Van Trailer Vin No. 1JJV532D9JL048418, one (1) 2017 Wabash 53' Air Ride Dry Van Trailer Vin No. 1JJV532D4HL962005, and one (1) 2019 Great Dane Reefer Trailer w/ ThermoKing Vin No. 1GRAA0628KB163664, from 13717 S Route 30 STE 111, Plainfield, IL 60544, or wherever they may be found, and enter a judgment against RTL Leasing, LLC and RTLX Ltd. for the value of any of the Equipment not so returned, plus attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT VI
## DETINUE AGAINST RTL LEASING, LLC. RTLX LTD. AND JACOB KUENZL

54.     Auxilior re-alleges and re-asserts Paragraphs 1 through 53 of its Verified Complaint as though fully set forth herein.

12

55. Upon information and belief, Kuenzl is a member--manager of RTL Leasing and controls the day-to-day operations of RTL Leasing. Upon information and belief, Kuenzl is the member-manager who decides whether RTL Leasing will surrender the Equipment to Auxilior.

56. Upon information and belief, Kuenzl is the President of RTLX and controls the day-to-day operations of RTLX. Upon information and belief, Kuenzl is the corporate officer who decides whether RTLX will surrender the Equipment to Auxilior.

57. Auxilior is entitled to possession of the Equipment due to the payment default under the Agreement.

58. RTL Leasing and RTLX are wrongfully retaining possession of the Equipment, because RTL Leasing and RTLX have defaulted under the terms of the Agreement by failing to make timely payments when due, and RTL Leasing and RTLX have failed to surrender the Equipment despite demand.

59. Auxilior's right to possession of the Equipment is superior to the rights of RTL Leasing, RTLX and Kuenzl.

WHEREFORE, Auxilior Capital Partners, Inc. respectfully requests that the Court order RTL Leasing, LLC, RTLX Ltd. and Jacob Kuenzl, jointly and severally, to surrender the Equipment:: one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR6LSLR1515, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR3LSLR1522, one (1) 2020 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH9LN202203, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH3KN202213, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EHXKN202211, one (1) 2019 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH1KN202212, one (1) 2019 Volvo 760 Sleeper Tractor Vin No.

4V4NC9EH5KN202214, one (1) 2019 Great Dane Reefer Trailer w/ ThermoKing Vin No. 1GRAA062XKB163665, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR3LSLR1519, one (1) 2020 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJHHDR8LSLR1516, one (1) 2020 Volvo 760 Sleeper Tractor Vin No. 4V4NC9EH5LN202201, one (1) 2018 Freightliner Cascadia Sleeper Tractor Vin No. 3AKJGLDR2JSHR1299, one (1) 2020 Utility Dry Van Trailer Vin No. 1UYVS2537L7813010, one (1) 2018 Wabash Dry Van Trailer Vin No. 1JJV532D2JL047207, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2539HP841317, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2534HG841113, one (1) 2017 Utility Dry Van Trailer Vin No. 1UYVS2533HP883112, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2530N8719106, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2532N8719107, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2534N8719108, one (1) 2022 Utility Reefer Trailer w/ ThermoKing C600 Vin No. 3UTVS2536N8719109, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0621LB169310, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A062XLB169306, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0621LB169307, one (1) 2020 Great Dane Dry Van Trailer Vin No. 1GR1A0623LB169308, one (1) 2019 Hyundai TRLRS Dry Van Trailer Vin No. 3H3V532C6KT097004, one (1) 2018 Wabash 53' Air Ride Dry Van Trailer Vin No. 1JJV532D9JL048418, one (1) 2017 Wabash 53' Air Ride Dry Van Trailer Vin No. 1JJV532D4HL962005, and one (1) 2019 Great Dane Reefer Trailer w/ ThermoKing Vin No. 1GRAA0628KB163664 to Auxilior Capital Partners, Inc. at a place and time directed by Auxilior within seven (7) days of this Court's entry of judgment.

14

AUXILIOR CAPITAL PARTNERS, INC.


By:      /s/ C. Randall Woolley
         C. Randall Woolley (ARDC # 6280067)
         D. Alexander Darcy (ARDC # 6220515)
         Darius A. Vossoughi (ARDC # 6350129)
         Darcy & Devassy PC
         444 North Michigan Avenue
         Suite 3270
         Chicago, IL 60611
         (312) 784-2400 (t)
         (312) 784-2410 (f)
         adarcy@darcydevassy.com
         rwoolley@darcydevassy.com
         dvossoughi@darcydevassy.com

15

## VERIFICATION

I declare and verify under penalty of perjury that the foregoing is true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Executed on March _12_, 2025

Dominick Cevet
Vice President - Portfolio Management
Auxilior Capital Partners, Inc.

16