Docusign Envelope ID: BBF9087C-631F-45BF-B4AC-03F012A3FC44

**THIS IS A COPY**
The Authoritative Copy of this record is held at NA4.docusign.net

**SOLE DIRECTOR/SOLE MEMBER CERTIFICATE· GUARANTORS**

Lender: Auxilior Capital Partners, Inc.
Borrower: RTL Leasing, LLC
Guarantor: Reserve Truck Lines Ltd. Co.
Agreement #: ██2906-R

The undersigned does hereby certify that he/she is the Sole Director or Sole Member for the above Guarantor, ("Guarantor"), an entity duly organized and existing under the laws of the State of <u>Iowa</u> that the undersigned person is duly elected (or appointed), qualified and acting on behalf of said Guarantor and holds such title on the date of this Certificate and is duly authorized for and on behalf of said Guarantor to execute and deliver any guaranty of the obligations of the Obligor, including, without limitation, those obligations arising under the above Agreement between Lender and Obligor and any agreements, instruments, certificates, financing statements and documents requested by Lender in connection therewith, all on such terms and conditions as the undersigned person deems proper, and to modify, supplement or amend any such agreements and documents and to do and perform all other acts deemed by the undersigned person to be proper to carry out any of the foregoing to the extent permitted under applicable law, and that the execution and delivery of any guaranty for and on behalf of said Guarantor is not prohibited by or in any manner restricted by the terms of said Guarantor's Certificate of Incorporation, Operating Agreement, By-laws, or of any agreement, indenture or contract to which said Guarantor is a party under which it is bound.

The undersigned further certifies that the forgoing authority shall remain in full force and effect, and Lender (and any assignee of Lender) shall be entitled to rely upon same, until written notice of the modification, rescission or revocation of same, in whole or in part, has been delivered to Lender, but in any event, shall be effective with respect to any documents executed or actions taken in reliance upon the foregoing authority prior to the delivery to Lender of said written notice of said modification, rescission or revocation.

A photocopy, facsimile copy, scanned copy or other electronic copy of this document shall be accepted as a legal binding agreement.

IN WITNESS WHEREOF, the undersigned has duly executed this certificate and hereunto set his / her hand and affixed the seal of such entity hereto on this <u>26</u> day of <u>July</u>, 20<u>24</u>.

_Jacob Kuenzl_
Signature

Jacob Kuenzl
Name

Title (select one):
☐ Sole Director (if Corporation)
☒ Sole Member (if LLC)

121820DV.v2

EXHIBIT
**2**

Docusign Envelope ID: BBF9087C-631F-45BF-B4AC-03F012A3FC44

THIS IS A COPY
The Authoritative Copy of this record is held at NA4.docusign.net

## CORPORATE GUARANTY

**Lender:** Auxilior Capital Partners, Inc.
**Borrower:** RTL Leasing, LLC
**Corporate Guarantor:** Reserve Truck Lines Ltd. Co.
**Loan Agreement#:** ▇2906-R

In consideration of Lender entering into the above Agreement# ▇2906-R with Borrower, as may be amended from time to time ("Agreement"), the undersigned Guarantor ("Guarantor") unconditionally guarantees to Lender (and any assignee of Lender ) the (i) prompt payment of Borrower's indebtedness or balance of indebtedness to Lender under the terms of the Agreement, whether such indebtedness now exists or is incurred hereafter, (ii) the prompt performance of Borrower's obligations under the terms of the Agreement and (iii) any and all expenses, including reasonable attorney fees, incurred by Lender in enforcing its rights hereunder. Guarantor agrees that this Guaranty is an unconditional guarantee of payment and performance, and that Lender may enforce the terms of this Guaranty even if the Agreement is deemed to be invalid or unenforceable and without first proceeding against Borrower or the financed property.

Should Borrower be in default of the terms of the Agreement, Lender shall have the right to proceed against Guarantor at any time, without any notice and without any proceeding or action against Borrower. Guarantor agrees to be bound by and on demand to pay any deficiency established by a sale of the financed property, with or without notice to Guarantor, and to pay all attorneys' fees and other expenses incurred by Lender by reason of any default by Borrower or by Guarantor hereunder. Guarantor waives (i) notice of acceptance of this Guaranty; (ii) promptness and diligence; (iii) notice of the incurrence of any obligation by Borrower; (iv) notice of any actions taken by Lender or Borrower under the Agreement or any agreement relating thereto; (v) presentment, demand of payment, notice of nonpayment, default, dishonor, and/or protest by Borrower; (vi) any requirement that Lender exhaust any right against Borrower, any other obligor or any collateral; and (vii) notice of any election by Lender to sell any financed property and/or collateral at a public or private sale. Guarantor consents to any (i) extension or extensions of the time or times of payment of the indebtedness by Borrower, or any portion thereof, (ii) amendments to the Loan, including but not limited to, any changes to the form of such indebtedness, (iii) compromise or settlement of any obligations of Borrower, or (iv) release of any rights against Borrower or any other party at any time directly or contingently liable for the payment of Borrower's obligations under the Agreement.

This Guaranty shall bind Guarantor's successors and assigns. Guarantor shall not be released or discharged, either in whole or in part by Lender 's failure or delay to perfect or continue the perfection of any security interest in the financed property or to protect such financed property. No payment by Guarantor shall entitle Guarantor, by subrogation or otherwise, to any payment by Borrower hereunder or out of Borrower's property. Any indebtedness, loans, advances, debts, liabilities or obligations of any kind or nature owed by Borrower to you is hereby subordinated in full to us. Guarantor agrees to provide Lender (i) consolidated quarterly financial statements certified by the principal financial officer within ninety (90) days of the end of a fiscal quarter, and (ii) reviewed annual consolidated financial statements, certified by a recognized firm of certified public accountants, within one hundred eighty (180) days after the close of each fiscal year.

Guarantor agrees to waive all rights to a trial by jury. This Guaranty shall be governed by the laws of the Commonwealth of Pennsylvania. Guarantor agrees to the jurisdiction and venue of the federal and state courts in Pennsylvania.

This Guaranty is jointly and severally liable with any other individual or entity guarantying this Loan.

A photocopy, facsimile, scanned or other electronic copy of this document shall be accepted as a legal binding agreement.

**GUARANTOR:**

| |
|---|
| Print Name: JACOB KUENZL |
| Address: 20858 ARDMORE CIRCLE, PLAINFIELD, IL 60544 |
| Signature: Signed by: Jacob Kuenzl E2DA6B428DEA422 |
| Date: 7/26/2024 |

020221DV.v2