Docusign Envelope ID: BBF9087C-631F-45BF-B4AC-03F012A3FC44

**THIS IS A COPY**
The Authoritative Copy of this record is held at NA4.docusign.net

## PERSONAL GUARANTY

**Lender:**      Auxilior Capital Partners, Inc.
**Borrower:**     RTL Leasing, LLC
**Loan Agreement #:**     █2906-R

In consideration of Lender entering into above Agreement # with Borrower, as may be amended from time to time ('Agreement'), each of us, as a primary obligor, jointly, and severally, absolutely and unconditionally guarantee to Lender (and any successor and/or assignee of Lender) the (i) prompt payment of Borrower's indebtedness or balance of indebtedness to Lender under the terms of the Agreement, whether such indebtedness now exists or is incurred hereafter, (ii) the prompt performance of Borrower's obligations under the terms of the Agreement and (iii) any and all expenses, including reasonable attorney's fees, incurred by Lender in enforcing its rights hereunder. This Personal Guaranty is an unconditional guarantee of payment and performance. Lender may enforce the terms of this Personal Guaranty even if the Agreement is deemed to be invalid or unenforceable and without first proceeding against Borrower or the financed property.

Should Borrower be in default of the terms of the Agreement, Lender shall have the right to proceed against any one of us or all of us at any time, without any notice and without any proceeding or action against Borrower. Each of us agrees to be bound by and on demand to pay any deficiency established by a sale of the financed property, with or without notice to us, and to pay all attorneys' fees and other expenses incurred by Lender by reason of any default by Borrower or by any of us hereunder. Each of us waives (i) notice of acceptance of this Personal Guaranty; (ii) promptness and diligence; (iii) notice of the incurrence of any obligation by Borrower; (iv) notice of any actions taken by Lender or Borrower under the Agreement or any agreement related thereto; (v) presentment, demand or payment, notice of non-payment, default, dishonor, and/or protest by Borrower; (vi) any requirement that Lender exhaust any right against Borrower, any other Borrower or any collateral; and (vii) notice of any election by Lender to sell any financed property and/or collateral at a public or private sale. Each of us consents to any (i) extension or extensions of the time or times of payment of the indebtedness by Borrower, or any portion thereof, (ii) amendments to the Loan, including but not limited to, any change in the form of such indebtedness, (iii) compromise or settlement of any obligations of Borrower, or (iv) release of any rights against Borrower or any other party at any time directly or contingently liable for the payment of Borrower's obligations under the Agreement.

This Personal Guaranty shall not be discharged or affected by death of any one of us and shall bind our respective current and future heirs, executors, administrators, personal representatives, successors and assigns. None of us shall be released or discharged, either in whole or in part by Lender 's failure or delay to perfect or continue the perfection of any security interest in the financed property or to protect such financed property. No payment by either of us shall entitle us, by subrogation or otherwise, to any payment by the Borrower hereunder or out of Borrower's property. Any indebtedness, loans, advances, debts, liabilities or obligations of any kind or nature owed by Borrower to you is hereby subordinated in full to us. You shall furnish to us (i) personal financial statements on a form acceptable to us within ninety (90) days of each calendar year end, (ii) within thirty (30) days of filing, your signed, filed tax returns, and (iii) such other reports and financial information regarding your financial condition as we may reasonably request from time to time.

Counterparts: This agreement may be executed in counterparts, each of which will be an original and all of which will constitute a single agreement.

A photocopy, facsimile copy, scanned copy or other electronic copy of this document shall be accepted as a legal binding agreement.

**Each of us hereby agrees to waive all rights to a jury trial**. This Personal Guaranty shall be governed by the laws of the Commonwealth of Pennsylvania. We agree to the jurisdiction and venue of Federal and State Courts in Pennsylvania.

**Individual Guarantor(s):**

| |
|---|
| Print Name: JACOB KUENZL |
| Address: 20858 ARDMORE CIRCLE, PLAINFIELD, IL 60544 |
| Signature: *Signed by:* Jacob Kuenzl E204684220E4422 |
| Date: 7/26/2024 |

121820DV.v2

EXHIBIT
**3**