## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO |
|---|---|---|---|---|---|
| 4V4NC9EH9LN202203 | 2020 | VOLVO | VN | TRACTR TK | 22354403181 |

4V4NC9EH9LN202203

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 12/20/22 | | | | 11/08/22 USED | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS
MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS
AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

ODOMETER READING | NO TENTHS
Signature(s) of Seller(s)

Printed Name(s) of Seller(s)
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s)

DATE OF SALE

Printed Name

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.
U1890512

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE** 1002906 SEE INSTRUCTIONS ON REVERSE

| VOLVO | 2020 | | 4V4NC9EH9LN202203 | | |
|---|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | | Date |

| Name of Seller (Current Registered Owner) | | Name of Buyer | |
|---|---|---|---|

| Complete Address of Seller | | Complete Address of Buyer | |
|---|---|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

EXHIBIT
Group
4

tabbies

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ODOMETER READING     NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent     Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ODOMETER READING     NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent     Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ODOMETER READING     NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent     Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ODOMETER READING     NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent     Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING     NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature     Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent     Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 3AKJHHDR6LSLR1515 | 2020 | FREIGHTLINER | CASCADIA 126 | TRACTR TK | 22348405073 |

3AKJHHDR6LSLR1515

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 12/14/22 | | | | 11/08/22 USED - | ORIGINAL |

LEGEND(S)

MAILING ADDRESS

MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                        Address:

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS
ODOMETER READING

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Signature(s) of Seller(s)

Printed Name(s) of Seller(s)                                        DATE OF SALE
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)                                        Printed Name

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1888727

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**   1002906   SEE INSTRUCTIONS ON REVERSE

| FREIGHTLINER | 2020 | 3AKJHHDR6LSLR1515 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

## FIRST REASSIGNMENT DEALER ONLY

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO.<br>3AKJHHDR3LSLR1522 | YEAR<br>2020 | MAKE<br>FREIGHTLINER | MODEL<br>CASCADIA 126 | BODY STYLE<br>TRACTR TK | TITLE NO<br>22348405074 |
|---|---|---|---|---|---|

3AKJHHDR3LSLR1522

| DATE ISSUED<br>12/14/22 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED<br>11/08/22<br>USED | TYPE TITLE<br>ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                    Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY

NO TENTHS

ODOMETER READING
Signature(s) of Seller(s)

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Printed Name(s) of Seller(s)                                                    DATE OF SALE
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s)                              Printed Name

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO

U1888728

*Jesse White*

JESSE WHITE, Secretary of State

## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**   100906   SEE INSTRUCTIONS ON REVERSE

| FREIGHTLINER | 2020 | | 3AKJHHDR3LSLR1522 | | |
|---|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | | Date |

| | | | | | |
|---|---|---|---|---|---|
| Name of Seller (Current Registered Owner) | | | Name of Buyer | | |

| | | | | | |
|---|---|---|---|---|---|
| Complete Address of Seller | | | Complete Address of Buyer | | |

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► | NO TENTHS |
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____

Dealer No. _____

Dealer's Name _____

Agent's Signature _____ Printed Name (same as signature) _____
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____ Printed Name (same as signature) _____

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► | NO TENTHS |
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____

Dealer No. _____

Dealer's Name _____

Agent's Signature _____ Printed Name (same as signature) _____
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____ Printed Name (same as signature) _____

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► | NO TENTHS |
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____

Dealer No. _____

Dealer's Name _____

Agent's Signature _____ Printed Name (same as signature) _____
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____ Printed Name (same as signature) _____

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► | NO TENTHS |
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____

Dealer No. _____

Dealer's Name _____

Agent's Signature _____ Printed Name (same as signature) _____
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____ Printed Name (same as signature) _____

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► | NO TENTHS |
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____

Dealer No. _____

Dealer's Name _____

Agent's Signature _____ Printed Name (same as signature) _____
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent _____ Printed Name (same as signature) _____

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a **vehicle** to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

**STATE OF ILLINOIS**

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 4V4NC9EH3KN202213 | YEAR 2019 | MAKE VOLVO | MODEL VN | BODY STYLE TRACTR TK | TITLE NO. 22348405071 |
|---|---|---|---|---|---|

4V4NC9EH3KN202213

| DATE ISSUED 12/14/22 | ODOMETER | CCM | MOBILE HOME SQ. FT | PURCHASED 11/08/22 USED | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

MAILING ADDRESS

LEGEND(S)

MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS
ODOMETER READING
Signature(s) of Seller(s) _____

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

Printed Name(s) of Seller(s) _____  DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____  Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1888725

Jesse White

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE** 1002906 SEE INSTRUCTIONS ON REVERSE

| VOLVO | 2019 | | 4V4NC9EH3KN202213 | |
|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent | Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

## STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 4V4NC9EHXKN202211 | 2019 | VOLVO | VN | TRACTR TK | 22348405069 |

4V4NC9EHXKN202211

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 12/14/22 | | | | 11/08/22 USED | ORIGINAL |

LEGEND(S)

MAILING ADDRESS

MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS
ODOMETER READING
Signature(s) of Seller(s) _____

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1888723

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**  1002906  SEE INSTRUCTIONS ON REVERSE

| VOLVO | 2019 | 4V4NC9EHXKN202211 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| | | | |
|---|---|---|---|
| Name of Seller (Current Registered Owner) | | Name of Buyer | |

| | | | |
|---|---|---|---|
| Complete Address of Seller | | Complete Address of Buyer | |

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS / ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature / Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent / Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS / ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature / Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent / Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS / ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature / Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent / Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS / ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature / Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent / Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS / ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature / Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent / Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

**STATE OF ILLINOIS**

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 4V4NC9EH1KN202212 | 2019 | VOLVO | VN | TRACTR TK | 22348405070 |

4V4NC9EH1KN202212

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 12/14/22 | | | | 11/08/22 USED | ORIGINAL |

LEGEND(S)

MAILING ADDRESS

MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party:                                          Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

NO TENTHS
ODOMETER READING
Signature(s) of Seller(s)

Printed Name(s) of Seller(s)                                          DATE OF SALE
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)                                          Printed Name

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO

U1888724

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**     1007906 SEE INSTRUCTIONS ON REVERSE

| VOLVO | 2019 | | 4V4NC9EH1KN202212 | |
|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | | Name of Buyer | |
|---|---|---|---|

| Complete Address of Seller | | Complete Address of Buyer | |
|---|---|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | | Printed Name of Seller | | Date |
|---|---|---|---|---|

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING [NO TENTHS]
☐ 1. The mileage stated is in excess of its mechanical limits.
☒ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent | Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ODOMETER READING [NO TENTHS]
☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent | Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ODOMETER READING [NO TENTHS]
☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

► ODOMETER READING [NO TENTHS]
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent | Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING [NO TENTHS]
☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

**STATE OF ILLINOIS**

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 4V4NC9EH5KN202214 | 2019 | VOLVO | VN | TRACTR TK | 22348405072 |

4V4NC9EH5KN202214

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ FT | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 12/14/22 | | | | 11/08/22 USED | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS
MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS
AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name — By — Signature of Authorized Agent — Date
Firm Name — By — Signature of Authorized Agent — Date

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: — Address:

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

ODOMETER READING — NO TENTHS
Signature(s) of Seller(s)

Printed Name(s) of Seller(s) — DATE OF SALE
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) — Printed Name

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.
U1888726

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
NOTICE OF SALE   1002906   SEE INSTRUCTIONS ON REVERSE

| VOLVO | 2019 | 4V4NC9EH5KN202214 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) — Name of Buyer

Complete Address of Seller — Complete Address of Buyer

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature — Printed Name of Seller — Date

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

▶ NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

▶ NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent — Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

**STATE OF ILLINOIS**

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1GRAA062XKB163665 | 2019 | GREAT DANE | EVEREST CL | SEMI TLR | 22348409081 |

1GRAA062XKB163665

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 12/14/22 | | | | 11/08/22 USED | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN RD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State

Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
  WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.*

NO TENTHS

ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1889022

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**   1002906   SEE INSTRUCTIONS ON REVERSE

| GREAT DANE | 2019 | | 1GRAA062XKB163665 | |
|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | Name of Buyer | |
|---|---|---|

| Complete Address of Seller | Complete Address of Buyer | |
|---|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

▶ ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 3AKJHHDR3LSLR1519 | 2020 | FREIGHTLINER | CASCADIA 126 | TRACTR TK | 23047405064 |

3AKJHHDR3LSLR1519

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 02/16/23 | | | | 12/20/22 USED | ORIGINAL |

LEGEND(S)

MAILING ADDRESS

MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                          Address:

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

ODOMETER READING
Signature(s) of Seller(s)

Printed Name(s) of Seller(s)                                          DATE OF SALE
I am aware of the above odometer certification made by seller

Signature(s) of Buyer(s)                                          Printed Name

I, Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418214

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**   1003/27   SEE INSTRUCTIONS ON REVERSE

| FREIGHTLINER | 2020 | 3AKJHHDR3LSLR1519 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | Name of Buyer | |
|---|---|---|
| Complete Address of Seller | Complete Address of Buyer | |

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent
Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent
Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO<br>3AKJHHDR8LSLR1516 | YEAR<br>2020 | MAKE<br>FREIGHTLINER | MODEL<br>CASCADIA 126 | BODY STYLE<br>TRACTR TK | TITLE NO.<br>23047405066 |
|---|---|---|---|---|---|

3AKJHHDR8LSLR1516

| DATE ISSUED<br>02/16/23 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED<br>12/20/22<br>USED | TYPE TITLE<br>ORIGINAL |
|---|---|---|---|---|---|

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party:                                    Address

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

ODOMETER READING
Signature(s) of Seller(s)

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Printed Name(s) of Seller(s)                              DATE OF SALE
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)                       Printed Name

I, Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418216

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
NOTICE OF SALE                    SEE INSTRUCTIONS ON REVERSE

FREIGHTLINER          2020                    3AKJHHDR8LSLR1516

| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | | Date |
|---|---|---|---|---|---|

| Name of Seller (Current Registered Owner) | | | Name of Buyer | | |
|---|---|---|---|---|---|

| Complete Address of Seller | | | Complete Address of Buyer | | |
|---|---|---|---|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

---

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

---

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

---

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

---

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

VSD 40 25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 4V4NC9EH5LN202201 | 2020 | VOLVO | VN | TRACTR TK | 23047405065 |

4V4NC9EH5LN202201

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 02/16/23 | | | | 12/20/22 USED | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State

| Secured Party: | Address: |
|---|---|

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS
ODOMETER READING
Signature(s) of Seller(s)

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I, Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418215

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**   1005177   SEE INSTRUCTIONS ON REVERSE

| VOLVO | 2020 | | 4V4NC9EH5LN202201 | | |
|---|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | | Date |
| Name of Seller (Current Registered Owner) | | | Name of Buyer | | |
| Complete Address of Seller | | | Complete Address of Buyer | | |
| City | State | ZIP | City | State | ZIP |

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in the title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in the title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in the title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in the title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent — Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in the title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

**STATE OF ILLINOIS**

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO.<br>3AKJGLDR2JSHR1299 | YEAR<br>2018 | MAKE<br>FREIGHTLINER | MODEL<br>CASCADIA 125 | BODY STYLE<br>TRACTR TK | TITLE NO.<br>23047405067 |
|---|---|---|---|---|---|

3AKJGLDR2JSHR1299

| DATE ISSUED<br>02/16/23 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED<br>12/20/22<br>USED | TYPE TITLE<br>ORIGINAL |
|---|---|---|---|---|---|

MAILING ADDRESS

LEGEND(S)

MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**

The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

| Secured Party: | Address |
|---|---|

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING—ODOMETER DISCREPANCY.**

NO
TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ ODOMETER READING

Signature(s) of Seller(s)

Printed Name(s) of Seller(s)

I am aware of the above odometer certification made by seller.

DATE OF SALE

Signature(s) of Buyer(s)

Printed Name

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418217

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

1003/27

SEE INSTRUCTIONS ON REVERSE

| FREIGHTLINER | 2018 | | 3AKJGLDR2JSHR1299 | | |
|---|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | | Date |
| Name of Seller (Current Registered Owner) | | | Name of Buyer | | |
| Complete Address of Seller | | | Complete Address of Buyer | | |
| City | State | ZIP | City | State | ZIP |

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

☐ NO TENTHS

ODOMETER READING

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

☐ NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

☐ NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

☐ NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

☐ NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No

Dealer's Name

Agent's Signature
I am aware of the above odometer certification made by the seller/agent

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO.<br>1UYVS2537L7813010 | YEAR<br>2020 | MAKE<br>UTILITY TRLR | MODEL<br>VAN TRAILER | BODY, STYLE<br>SEMI TLR | TITLE NO.<br>23046411055 |
|---|---|---|---|---|---|

1UYVS2537L7813010

| DATE ISSUED<br>02/15/23 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED<br>12/20/22<br>USED | TYPE TITLE<br>ORIGINAL |
|---|---|---|---|---|---|

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS
MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS
AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| First Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                                    Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO
TENTHS
ODOMETER READING
Signature(s) of Seller(s)

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Printed Name(s) of Seller(s)                                      DATE OF SALE
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)                          Printed Name

I, Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418018

Alexi Giannoulias

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
NOTICE OF SALE     1003/25          SEE INSTRUCTIONS ON REVERSE

| UTILITY TRLR | 2020 | 1UYVS2537L7813010 | |
|---|---|---|---|
| Vehicle Make | Vehicle, Year | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | | Name of Buyer | |
|---|---|---|---|

| Complete Address of Seller | | Complete Address of Buyer | |
|---|---|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

## STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 1JJV532D2JL047207 | YEAR 2018 | MAKE WABASH | MODEL VAN TRAILER | BODY STYLE SEMI TLR | TITLE NO. 23046411061 |
|---|---|---|---|---|---|

1JJV532D2JL047207

| DATE ISSUED 02/15/23 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED 12/20/2. USED | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS
MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By Signature of Authorized Agent | Date |
|---|---|---|
| Firm Name | By Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                      Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

ODOMETER READING
Signature(s) of Seller(s)

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Printed Name(s) of Seller(s) _____  DATE OF SALE _____
I am aware of the above odometer certification made by seller
Signature(s) of Buyer(s) _____  Printed Name _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.
U2418024

ALEXI GIANNOULIAS, Secretary of State

## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
NOTICE OF SALE    1003175    SEE INSTRUCTIONS ON REVERSE

| WABASH | 2018 | | 1JJV532D2JL047207 | |
|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | Date |
| Name of Seller (Current Registered Owner) | | | Name of Buyer | |
| Complete Address of Seller | | | Complete Address of Buyer | |
| City | 'State | ZIP | City | State    ZIP |

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | | Printed Name of Seller | Date |
|---|---|---|---|

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ☐ NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ☐ NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ☐ NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ☐ NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

► ☐ NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a **vehicle to** complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO |
|---|---|---|---|---|---|
| 1JJV532D9JL048418 | 2018 | WABASH | VAN TRAILER | SEMI TLR | 23046411062 |
| 1JJV532D9JL048418 | | | | | |

| DATE ISSUED | ODOMETER | / CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 02/15/23 | | | | 12/20/22 USED | ORIGINAL |

LEGEND(S)

MAILING ADDRESS

MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN

The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| | By | | Date |
|---|---|---|---|
| Firm Name | | Signature of Authorized Agent | |
| | By | | Date |
| Firm Name | | Signature of Authorized Agent | |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State

Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

NO TENTHS

ODOMETER READING

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application "

Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418025

*Alexi Giannoulias*

ALEXI GIANNOULIAS, Secretary of State

## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE** 10/31/25

SEE INSTRUCTIONS ON REVERSE

| WABASH | 2018 | 1JJV532D9JL048418 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | | Name of Buyer | |
|---|---|---|---|

| Complete Address of Seller | | Complete Address of Buyer | |
|---|---|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser / Street / City / State / Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS — ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale / Dealer's Name / Dealer No.

Agent's Signature — Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

VSD 40 25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

## STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 1UYVS2539HP841317 | YEAR 2017 | MAKE UTILITY TRLR | MODEL DRY VAN | BODY STYLE SEMI TLR | TITLE NO. 23046411056 |
|---|---|---|---|---|---|

1UYVS2539HP841317

| DATE ISSUED 02/15/23 | ODOMETER | CCM | MOBILE HOME SQ. FT | PURCHASED 12/20/22 USED | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS
MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS
AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN

The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party: Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application."

ODOMETER READING
Signature(s) of Seller(s)

Printed Name(s) of Seller(s)                                        DATE OF SALE
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)                           Printed Name

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.
U2418019

ALEXI GIANNOULIAS, Secretary of State

### DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE** 1003125 SEE INSTRUCTIONS ON REVERSE

| UTILITY TRLR | 2017 | 1UYVS2539HP841317 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |
| Name of Seller (Current Registered Owner) | | Name of Buyer | |
| Complete Address of Seller | | Complete Address of Buyer | |
| City | State    ZIP | City | State    ZIP |

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING [NO TENTHS]
- ☐ 1. The mileage stated is in excess of its mechanical limits
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___ Dealer's Name ___ Dealer No.

I am aware of the above odometer certification made by the seller/agent.
Agent's Signature ___ Printed Name (same as signature)

Signature of Buyer/Agent ___ Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING [NO TENTHS]
- ☐ 1. The mileage stated is in excess of its mechanical limits
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___ Dealer's Name ___ Dealer No.

I am aware of the above odometer certification made by the seller/agent.
Agent's Signature ___ Printed Name (same as signature)

Signature of Buyer/Agent ___ Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING [NO TENTHS]
- ☐ 1. The mileage stated is in excess of its mechanical limits
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___ Dealer's Name ___ Dealer No.

I am aware of the above odometer certification made by the seller/agent.
Agent's Signature ___ Printed Name (same as signature)

Signature of Buyer/Agent ___ Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [NO TENTHS]
- ☐ 1. The mileage stated is in excess of its mechanical limits
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___ Dealer's Name ___ Dealer No.

I am aware of the above odometer certification made by the seller/agent.
Agent's Signature ___ Printed Name (same as signature)

Signature of Buyer/Agent ___ Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser ___ Street ___ City ___ State ___ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING [NO TENTHS]
- ☐ 1. The mileage stated is in excess of its mechanical limits
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___ Dealer's Name ___ Dealer No.

I am aware of the above odometer certification made by the seller/agent.
Agent's Signature ___ Printed Name (same as signature)

Signature of Buyer/Agent ___ Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 1UYVS2534HG841113 | YEAR 2017 | MAKE UTILITY TRLR | MODEL DRY VAN | BODY STYLE SEMI TLR | TITLE NO 23046411057 |

1UYVS2534HGB41113

| DATE ISSUED 02/15/23 | ODOMETER | CCM | MOBILE HOME SQ FT | PURCHASED 12/20/22 USED | TYPE TITLE ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

---AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

By _____
Firm Name          Signature of Authorized Agent          Date _____

By _____
Firm Name          Signature of Authorized Agent          Date _____

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____          Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application "

▶ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____          DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____          Printed Name _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418020

Alexi Giannoulias

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
NOTICE OF SALE          003/75          SEE INSTRUCTIONS ON REVERSE

| UTILITY TRLR | 2017 | | 1UYVS2534HG841113 | |
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____          Name of Buyer _____

Complete Address of Seller _____          Complete Address of Buyer _____

| City | | State | ZIP | City | | State | ZIP |

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____          Printed Name of Seller _____          Date _____

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

NO TENTHS — ODOMETER READING

Date of Sale | Dealer's Name | Dealer No.

I am aware of the above odometer certification made by the seller/agent.

Agent's Signature | Printed Name (same as signature)

Signature of Buyer/Agent | Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

(same fields repeated)

**THIRD REASSIGNMENT DEALER ONLY**

(same fields repeated)

**FOURTH REASSIGNMENT DEALER ONLY**

(same fields repeated)

**LAST REASSIGNMENT DEALER ONLY**

(same fields repeated)

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.25

### NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1UYVS2533HP883112 | 2017 | UTILITY | VAN TRAILER | SEMI TLR | 23046411055 |

1UYVS2533HP883112

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 02/15/23 | | | | 12/20/22 USED | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| | By | | Date |
|---|---|---|---|
| Firm Name | | Signature of Authorized Agent | |
| | By | | Date |
| Firm Name | | Signature of Authorized Agent | |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party:      Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

ODOMETER READING   NO TENTHS
Signature(s) of Seller(s)

Printed Name(s) of Seller(s)      DATE OF SALE
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)      Printed Name

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418022

*Alexi Giannoulias*

ALEXI GIANNOULIAS, Secretary of State

### DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**   1003125    SEE INSTRUCTIONS ON REVERSE

| UTILITY | 2017 | 1UYVS2533HP883112 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| | | |
|---|---|---|
| Name of Seller (Current Registered Owner) | | Name of Buyer |

| | | |
|---|---|---|
| Complete Address of Seller | | Complete Address of Buyer |

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| | |
|---|---|
| Seller's Signature | Printed Name of Seller    Date |

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

### FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

### SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

### THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

### FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

### LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred in the following printed name and address.

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent

Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

**STATE OF ILLINOIS**

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO.<br>1JJV532D4HL962005 | YEAR<br>2017 | MAKE<br>WABASH | MODEL<br>VAN TRAILER | BODY STYLE<br>SEMI TLR | TITLE NO.<br>23046411063 |
|---|---|---|---|---|---|

1JJV532D4HL962005

| DATE ISSUED<br>02/15/23 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED<br>12/20/22<br>USED | TYPE TITLE<br>ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS
MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS
AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                                    Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

NO
TENTHS
ODOMETER READING
Signature(s) of Seller(s)

Printed Name(s) of Seller(s)                                          DATE OF SALE
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s)                                          Printed Name

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418026

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**      1003/25

SEE INSTRUCTIONS ON REVERSE

| WABASH | 2017 | 1JJV532D4HL962005 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1GRAA0628KB163664 | 2019 | GREAT DANE | EVEREST CL | SEMI TLR | 23046411064 |

1GRAA0628KB163664

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 02/15/23 | | | | 12/20/22 USED | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 WEST GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address _____

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   **WARNING-ODOMETER DISCREPANCY.**

NO TENTHS
ODOMETER READING
Signature(s) of Seller(s) _____

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller

Signature(s) of Buyer(s) _____ Printed Name _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U2418027

ALEXI GIANNOULIAS, Secretary of State

### DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| GREAT DANE | 2019 | 1GRAA0628KB163664 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| | |
|---|---|
| Name of Seller (Current Registered Owner) | Name of Buyer |

| | |
|---|---|
| Complete Address of Seller | Complete Address of Buyer |

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING ___ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___

Dealer's Name ___   Dealer No. ___

Agent's Signature ___   Printed Name (same as signature) ___
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent ___   Printed Name (same as signature) ___

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING ___ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale ___

Dealer's Name ___   Dealer No. ___

Agent's Signature ___   Printed Name (same as signature) ___
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent ___   Printed Name (same as signature) ___

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING ___ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___

Dealer's Name ___   Dealer No. ___

Agent's Signature ___   Printed Name (same as signature) ___
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent ___   Printed Name (same as signature) ___

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING ___ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___

Dealer's Name ___   Dealer No. ___

Agent's Signature ___   Printed Name (same as signature) ___
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent ___   Printed Name (same as signature) ___

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING ___ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale ___

Dealer's Name ___   Dealer No. ___

Agent's Signature ___   Printed Name (same as signature) ___
I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent ___   Printed Name (same as signature) ___

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.25

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

## STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO 1GR1A0621LB169307 | YEAR 2020 | MAKE GREAT DANE | MODEL VAN | BODY STYLE SEMI TLR | TITLE NO 23206695563 |
|---|---|---|---|---|---|

1GR1A0621LB169307

| DATE ISSUED 07 25 23 | ODOMETER | CCM | MOBILE HOME SQ FT | PURCHASED 04/27/23 USED | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| Firm Name | By _____ Signature of Authorized Agent | Date _____ |
|---|---|---|
| Firm Name | By _____ Signature of Authorized Agent | Date _____ |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____   Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____      DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____      Printed Name _____

I, Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD
CONTROL NO.

U3640096

Alexi Giannoulias

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
NOTICE OF SALE          100437          SEE INSTRUCTIONS ON REVERSE

| Vehicle Make GREAT DANE | Vehicle Year 2020 | Vehicle Identification Number 1GR1A0621LB169307 | Date |
|---|---|---|---|

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.25

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 1GR1A0621LB169310 | YEAR 2020 | MAKE GREAT DANE | MODEL VAN | BODY STYLE SEMI TLR | TITLE NO 23206696198 |
|---|---|---|---|---|---|

1GR1A0621LB169310

| DATE ISSUED 07/25/23 | ODOMETER | CGM | MOBILE HOME SQ. FT | PURCHASED 04/27/23 USED | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State
Secured Party:                                    Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

ODOMETER READING
Signature(s) of Seller(s)

Printed Name(s) of Seller(s)
I am aware of the above odometer certification made by seller.

DATE OF SALE

Signature(s) of Buyer(s)                          Printed Name

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO

U3640098

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**    100438    SEE INSTRUCTIONS ON REVERSE

| GREAT DANE | 2020 | 1GR1A0621LB169310 | | Date |
|---|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | | |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

► ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 1GR1A0623LB169308 | YEAR 2020 | MAKE GREAT DANE | MODEL VAN | BODY STYLE SEMI TLR | TITLE NO 23206695559 |
|---|---|---|---|---|---|

1GR1A0623LB169308

| DATE ISSUED 07/25/23 | ODOMETER | CCM | MOBILE HOME SQ. FT | PURCHASED 04/27/23 USED | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| | By | | Date |
|---|---|---|---|
| Firm Name | | Signature of Authorized Agent | |
| | By | | Date |
| Firm Name | | Signature of Authorized Agent | |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

| NO TENTHS | ☐ 1. The mileage stated is in excess of its mechanical limits.<br>☐ 2. The odometer reading is not the actual mileage.<br>**WARNING-ODOMETER DISCREPANCY.** | "If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application." |
|---|---|---|

▶ ODOMETER READING

Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U3640095

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE** 1004382 SEE INSTRUCTIONS ON REVERSE

| GREAT DANE | 2020 | 1GR1A0623LB169308 | | Date |
|---|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | | |

| Name of Seller (Current Registered Owner) | | Name of Buyer | |
|---|---|---|---|

| Complete Address of Seller | | Complete Address of Buyer | |
|---|---|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle-Services Department for a Certificate of Title.

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO |
|---|---|---|---|---|---|
| 1GR1A062XLB169306 | 2020 | GREAT DANE | VAN | SEMI TLR | 23206695768 |

1GR1A062XLB169306

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ FT | PURCHASED | TYPE: TITLE |
|---|---|---|---|---|---|
| 07:25/23 | | | | 04/27/23 USED | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

Firm Name

By _____ Signature of Authorized Agent     Date _____

Firm Name

By _____ Signature of Authorized Agent     Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State

Secured Party: _____     Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

NO TENTHS

ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____     DATE OF SALE
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____     Printed Name _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD
CONTROL NO.

U3640097

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| GREAT DANE | 2020 | | 1GR1A062XLB169306 | | Date |
|---|---|---|---|---|---|
| Vehicle Make | Vehicle Year | | Vehicle Identification Number (VIN) | | |

Name of Seller (Current Registered Owner)     Name of Buyer

Complete Address of Seller     Complete Address of Buyer

| City | | State | ZIP | City | | State | ZIP |

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature     Printed Name of Seller     Date

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

## STATE OF ILLINOIS

### CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO |
|---|---|---|---|---|---|
| 3H3V532C6KT097004 | 1989 | HYUNDAI TRLRS | VAN | SEMI TLR | 23216863010 |

3H3V532C6KT097004

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ FT | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 08/04/23 | | | | 04/27/23 USED | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462-1056

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State
Secured Party: _____ Address _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____
I am aware of the above odometer certification made by seller.

DATE OF SALE _____

Signature(s) of Buyer(s) _____     Printed Name _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF CONTROL NO. THE STATE OF ILLINOIS AT SPRINGFIELD

U3716148

ALEXI GIANNOULIAS, Secretary of State

### DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
NOTICE OF SALE     1004387     SEE INSTRUCTIONS ON REVERSE

| HYUNDAI TRLRS | 1989 | 3H3V532C6KT097004 | Date |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | |

Name of Seller (Current Registered Owner) _____     Name of Buyer _____

Complete Address of Seller _____     Complete Address of Buyer _____

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____     Printed Name of Seller _____     Date _____

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent

Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form **does not satisfy the transfer of ownership requirements** as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.25

STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| | | | | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| VEHICLE IDENTIFICATION NO. 3UTVS2530N8719106 | YEAR 2022 | MAKE UTILITY TRLR | MODEL REEFER | SEMI TLR | 23160405045 |

3UTVS2530N8719106

| DATE ISSUED 06/09/23 | ODOMETER | CCM | MOBILE-HOME SQ. FT. | PURCHASED 04/27/23 USED | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By _____ Date _____
Firm Name          Signature of Authorized Agent

By _____ Date _____
Firm Name          Signature of Authorized Agent

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:          Address:

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

► ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U3188554

ALEXI GIANNOULIAS, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser     Street     City     State     Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

Agent's Signature     Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent     Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## STATE OF ILLINOIS

### CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 3UTVS2532N8719107 | 2022 | UTILITY TRLR | REEFER | SEMI TLR | 23160405044 |

3UTVS2532N8719107

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/09/23 | | | | 04/27/23 USED | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By_____   Date_____
Firm Name                         Signature of Authorized Agent

By_____   Date_____
Firm Name                         Signature of Authorized Agent

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party:                                          Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

ODOMETER READING
Signature(s) of Seller(s)_____

Printed Name(s) of Seller(s)_____          DATE OF SALE_____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)_____          Printed Name_____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U3188553

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

VSD 40.25

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 3UTVS2534N8719108 | 2022 | UTILITY TRLR | REEFER | SEMI TLR | 23160405043 |

3UTVS2534N8719108

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/09/23 | | | | 04/27/23 USED | ORIGINAL |

LEGEND(S)

MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN

The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By_____ Signature of Authorized Agent ___ Date___

_____ By_____ Signature of Authorized Agent ___ Date___
Firm Name

_____
Firm Name

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   WARNING-ODOMETER DISCREPANCY.

NO TENTHS

ODOMETER READING

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Signature(s) of Seller(s)_____

DATE OF SALE_____

Printed Name(s) of Seller(s)_____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)_____      Printed Name_____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U3188552

ALEXI GIANNOULIAS, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

---

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

---

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

---

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

---

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer's Name

Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.25

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 3UTVS2536N8719109 | 2022 | UTILITY TRLR | REEFER | SEMI TLR | 23160405046 |

3UTVS2536N8719109

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/09/23 | | | | 04/27/23 USED | ORIGINAL |

LEGEND(S)

MILEAGE NOT REQUIRED

MAILING ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

OWNER(S) NAME AND ADDRESS

MERGING EXPRESS LLC
1110 MANHATTAN ROAD
JOLIET IL 60433

FIRST LIENHOLDER NAME AND ADDRESS

AUXILIOR CAPITAL PARTNERS INC
620 W GERMANTOWN PIKE STE 450
PLYMOUTH MEETING PA 19462

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By _____ Signature of Authorized Agent | Date _____ |
|---|---|---|
| Firm Name | By _____ Signature of Authorized Agent | Date _____ |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____  Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ ODOMETER READING

Signature(s) of Seller(s) _____

DATE OF SALE _____

Printed Name(s) of Seller(s) _____
I am aware of the above odometer certification made by seller.

Printed Name _____

Signature(s) of Buyer(s) _____

I Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U3188555

ALEXI GIANNOULIAS, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS — ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

I am aware of the above odometer certification made by the seller/agent.

Agent's Signature | Printed Name (same as signature)

Signature of Buyer/Agent | Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS — ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

I am aware of the above odometer certification made by the seller/agent.

Agent's Signature | Printed Name (same as signature)

Signature of Buyer/Agent | Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

NO TENTHS — ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

I am aware of the above odometer certification made by the seller/agent.

Agent's Signature | Printed Name (same as signature)

Signature of Buyer/Agent | Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS — ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

I am aware of the above odometer certification made by the seller/agent.

Agent's Signature | Printed Name (same as signature)

Signature of Buyer/Agent | Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address

| Name of Purchaser | Street | City | State | Zip |
|---|---|---|---|---|

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS — ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale

Dealer No.

Dealer's Name

I am aware of the above odometer certification made by the seller/agent.

Agent's Signature | Printed Name (same as signature)

Signature of Buyer/Agent | Printed Name (same as signature)

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.25

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
CSC    1-800-858-5294

B. E-MAIL CONTACT AT SUBMITTER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

2892 13939
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Illinois
(S.O.S.)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | RTL Leasing, LLC | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 1c. MAILING ADDRESS 13717 S RT 30 STE 111A | CITY PLAINFIELD | STATE IL | POSTAL CODE 60544 | COUNTRY USA |
|---|---|---|---|---|

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | RTLX Ltd. | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 2c. MAILING ADDRESS 13717 S Route 30 Suite 111A | CITY Plainfield | STATE IL | POSTAL CODE 60544 | COUNTRY USA |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | Auxilior Capital Partners, Inc. | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 3c. MAILING ADDRESS 620 W Germantown Pike | CITY Plymouth Meeting | STATE PA | POSTAL CODE 19462 | COUNTRY USA |
|---|---|---|---|---|

4. COLLATERAL: This financing statement covers the following collateral:
The Collateral includes the Debtor's item(s) of equipment leased or financed by the Secured Party, as more specifically identified on Exhibit A attached hereto, all general intangibles, software and goods relating to, arising from or embedded in any of the foregoing, all supporting obligations of all of the foregoing, and all cash and noncash proceeds and products (including without limitation insurance proceeds) of all of the foregoing, and all additions and accessions thereto, substitutions therefor and replacements thereof, in each case whether now existing or hereafter acquired or arising and wherever located:
SEE SCHEDULE A, ATTACHED

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: 118207

2892 13939

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

SCHEDULE A
#1002906-R

EQUIPMENT DESCRIPTION:

| Quantity | Year, Manufacturer, Model and Description | Serial Number |
|---|---|---|
| 1 | 2020 Freightliner Cascadia SLEEPER TRACTOR | 3AKJHHDR6LSLR1515 |
| 1 | 2020 Freightliner Cascadia SLEEPER TRACTOR | 3AKJHHDR3LSLR1522 |
| 1 | 2020 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH9LN202203 |
| 1 | 2019 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH3KN202213 |
| 1 | 2019 Volvo 760 SLEEPER TRACTOR | 4V4NC9EHXKN202211 |
| 1 | 2019 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH1KN202212 |
| 1 | 2019 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH5KN202214 |
| 1 | 2019 Great Dane Reefer Trailer w/ ThermoKing | 1GRAA062XKB163665 |
| 1 | 2020 Freightliner Cascadia SLEEPER TRACTOR | 3AKJHHDR3LSLR1519 |
| 1 | 2020 Freightliner Cascadia SLEEPER TRACTOR | 3AKJHHDR8LSLR1516 |
| 1 | 2020 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH5LN202201 |
| 1 | 2018 Freightliner Cascadia SLEEPER TRACTOR | 3AKJGLDR2JSHR1299 |
| 1 | 2020 Utility DRY VAN TRAILER | 1UYVS2537L7813010 |
| 1 | 2018 Wabash DRY VAN TRAILER | 1JJV532D2JL047207 |
| 1 | 2017 UTILITY DRY VAN TRAILER | 1UYVS2539HP841317 |
| 1 | 2017 UTILITY DRY VAN TRAILER | 1UYVS2534HG841113 |
| 1 | 2017 UTILITY DRY VAN TRAILER | 1UYVS2533HP883112 |
| 1 | 2022 UTILITY Reefer Trailer w/ ThermoKing C600 SN: 6001349974 | 3UTVS2530N8719106 |
| 1 | 2022 UTILITY Reefer Trailer w/ ThermoKing C600 SN: 6001355575 | 3UTVS2532N8719107 |
| 1 | 2022 UTILITY Reefer Trailer w/ ThermoKing C600 SN: 6001349977 | 3UTVS2534N8719108 |
| 1 | 2022 UTILITY Reefer Trailer w/ ThermoKing C600 SN: 6001355574 | 3UTVS2536N8719109 |
| 1 | 2020 Great Dane Dry Van TRAILER | 1GR1A0621LB169310 |
| 1 | 2020 Great Dane Dry Van TRAILER | 1GR1A062XLB169306 |
| 1 | 2020 Great Dane Dry Van TRAILER | 1GR1A0621LB169307 |
| 1 | 2020 Great Dane Dry Van TRAILER | 1GR1A0623LB169308 |
| 1 | 2019 HYUNDAI TRLRS DRY VAN TRAILER | 3H3V532C6KT097004 |
| 1 | 2018 WABASH 53' Air Ride DRY VAN TRAILER | 1JJV532D9JL048418 |
| 1 | 2017 WABASH 53' Air Ride DRY VAN TRAILER | 1JJV532D4HL962005 |
| 1 | 2019 Great Dane Reefer Trailer w/ ThermoKing | 1GRAA0628KB163664 |

**RECEIVED**

**IL SECRETARY OF STATE**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

UNIFORM COMMERCIAL CODE

20240730   1717

$20.00   Electronic

**30937805**                    **FS**

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) |  |
|---|---|
| Corporation Service Company | 800-858-5294 |

B. E-MAIL CONTACT AT SUBMITTER (optional)
FilingDept@cscinfo.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
USA

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RTL Leasing, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 13717 S RT 30 STE 111A | PLAINFIELD | IL | 60544 | USA |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RTLX Ltd. | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 13717 S Route 30 Suite 111A | Plainfield | IL | 60544 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Auxilior Capital Partners, Inc. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 620 W Germantown Pike | Plymouth Meeting | PA | 19462 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
The Collateral includes the Debtor's item(s) of equipment leased or financed by the Secured Party, as more specifically identified on Exhibit A attached hereto, all general intangibles, software and goods relating to, arising from or embedded in any of the foregoing, all supporting obligations of all of the foregoing, and all cash and noncash proceeds and products (including without limitation insurance proceeds) of all of the foregoing, and all additions and accessions thereto, substitutions therefor and replacements thereof, in each case whether now existing or hereafter acquired or arising and wherever located: SEE SCHEDULE A, ATTACHED

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:     6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
118207 [289213939]

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

SCHEDULE A
#1002906-R

EQUIPMENT DESCRIPTION:

| Quantity | Year, Manufacturer, Model and Description | Serial Number |
|---|---|---|
| 1 | 2020 Freightliner Cascadia SLEEPER TRACTOR | 3AKJHHDR6LSLR1515 |
| 1 | 2020 Freightliner Cascadia SLEEPER TRACTOR | 3AKJHHDR3LSLR1522 |
| 1 | 2020 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH9LN202203 |
| 1 | 2019 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH3KN202213 |
| 1 | 2019 Volvo 760 SLEEPER TRACTOR | 4V4NC9EHXKN202211 |
| 1 | 2019 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH1KN202212 |
| 1 | 2019 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH5KN202214 |
| 1 | 2019 Great Dane Reefer Trailer w/ ThermoKing | 1GRAA062XKB163665 |
| 1 | 2020 Freightliner Cascadia SLEEPER TRACTOR | 3AKJHHDR3LSLR1519 |
| 1 | 2020 Freightliner Cascadia SLEEPER TRACTOR | 3AKJHHDR8LSLR1516 |
| 1 | 2020 Volvo 760 SLEEPER TRACTOR | 4V4NC9EH5LN202201 |
| 1 | 2018 Freightliner Cascadia SLEEPER TRACTOR | 3AKJGLDR2JSHR1299 |
| 1 | 2020 Utility DRY VAN TRAILER | 1UYVS2537L7813010 |
| 1 | 2018 Wabash DRY VAN TRAILER | 1JJV532D2JL047207 |
| 1 | 2017 UTILITY DRY VAN TRAILER | 1UYVS2539HP841317 |
| 1 | 2017 UTILITY DRY VAN TRAILER | 1UYVS2534HG841113 |
| 1 | 2017 UTILITY DRY VAN TRAILER | 1UYVS2533HP883112 |
| 1 | 2022 UTILITY Reefer Trailer w/ ThermoKing C600 SN: 6001349974 | 3UTVS2530N8719106 |
| 1 | 2022 UTILITY Reefer Trailer w/ ThermoKing C600 SN: 6001355575 | 3UTVS2532N8719107 |
| 1 | 2022 UTILITY Reefer Trailer w/ ThermoKing C600 SN: 6001349977 | 3UTVS2534N8719108 |
| 1 | 2022 UTILITY Reefer Trailer w/ ThermoKing C600 SN: 6001355574 | 3UTVS2536N8719109 |
| 1 | 2020 Great Dane Dry Van TRAILER | 1GR1A0621LB169310 |
| 1 | 2020 Great Dane Dry Van TRAILER | 1GR1A062XLB169306 |
| 1 | 2020 Great Dane Dry Van TRAILER | 1GR1A0621LB169307 |
| 1 | 2020 Great Dane Dry Van TRAILER | 1GR1A0623LB169308 |
| 1 | 2019 HYUNDAI TRLRS DRY VAN TRAILER | 3H3V532C6KT097004 |
| 1 | 2018 WABASH 53' Air Ride DRY VAN TRAILER | 1JJV532D9JL048418 |
| 1 | 2017 WABASH 53' Air Ride DRY VAN TRAILER | 1JJV532D4HL962005 |
| 1 | 2019 Great Dane Reefer Trailer w/ ThermoKing | 1GRAA0628KB163664 |