Docusign Envelope ID: BBF9087C-631F-45BF-B4AC-03F012A3FC44

**THIS IS A COPY**
The Authoritative Copy of this record is held at NA4.docusign.net



**AUXILIOR**
CAPITAL PARTNERS

This Amendment Number 01 (this "Amendment") to Loan & Security Agreement #█2906-R, dated 7/26/2024, (collectively, the "Agreement") among RTL Leasing, LLC, RTLX LTD., and AUXILIOR CAPITAL PARTNERS, INC. ("Lender"), is entered into as of 7/29/2024.

BACKGROUND

WHEREAS, the parties mutually agree to amend the Agreement as set forth below;

NOW THEREFORE, the parties hereto, intending to be legally bound, hereby do agree to the following amendments:

1. By executing below RTLX LTD. (the "Additional Borrower") hereby becomes a party to the Agreement as a Borrower with respect to all the obligations contained therein. The Additional Borrower agrees that it shall be bound by, and hereby assumes, all representations, warranties, covenants, terms, conditions and duties applicable to a Borrower under the Agreement. The Additional Borrower represents and warrants that the representations and warranties contained in the Agreement are true and correct in all material respects as to the Additional Borrower.

2. The Corporate Guaranty, issued by the Additional Borrower to Lender, dated July 26, 2024, is hereby terminated and of no further force or effect.

3. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement. All other terms and conditions of the Agreement not modified in this Amendment shall remain in full force and effect and be considered incorporated herein as part of the amended agreement. In the event of any conflict between this Amendment and the Agreement this Amendment shall govern and control.

IN WITNESS WHEREOF, this amendment has been executed and delivered as of the date set forth above.

RTL Leasing, LLC

By: _____

Name: Jacob Kuenzl

Title: Member

AUXILIOR CAPITAL PARTNERS, INC.

By: _____

Name: Susan Debro

Title: VP, Operations

RTLX LTD.

By: _____

Name: Jacob Kuenzl

Title: President

By signing below, the Guarantors each (a) acknowledge, consent and agree to the execution, delivery and performance by the Borrower of the amendments to the Loan Agreement, (b) acknowledge and agree that each of



**EXHIBIT**
**5**

Docusign Envelope ID: BBF9087C-631F-45BF-B4AC-03F012A3FC44

THIS IS A COPY
The Authoritative Copy of this record is held at NA4.docusign.net

their obligations in respect of their Guaranty (i) are not released, diminished, waived, modified, impaired or affected in any manner by the amendments to the Loan Agreement, (c) ratifies and confirms the obligations under their Guaranty, and (d) acknowledge and agree that they have no claims or offsets against, or defenses or counterclaims to their Guaranty.

Reserve Truck Lines Ltd. Co.

By: _Jacob Kuenzl_

Name: _Jacob Kuenzl_

Title: _Member_

_Jacob Kuenzl_
Jacob Kuenzl