

**AUXILIOR**
CAPITAL PARTNERS



620 W. Germantown Pike, Ste. 450
Plymouth Meeting, PA 19462

This Amendment Number 01 (this "Amendment") to Loan & Security Agreement #█████2906-R (the "Agreement") between RTL LEASING, LLC and AUXILIOR CAPITAL PARTNERS, INC. is entered into as of December 30, 2024.

## BACKGROUND

WHEREAS, the parties mutually agree to amend the Agreements as set forth below;

NOW THEREFORE, the parties hereto, intending to be legally bound, hereby do agree to the following amendment:

1.  The "Payment Amount" section of the Agreement is hereby amended and restated in its entirety as follows:

"September 15, 2024 and on the fifteenth day of each month thereafter:
- Four monthly payments of $0
- One Monthly Payment of $12,883.44
- Five Monthly Payments of $8,772.77
- Six Monthly Payments of $15,000
- Twelve Monthly Payments of $30,000
- Thirty-Six Monthly Payments of $45,000
- One Monthly Payment of $400,632.70"

All other terms and conditions of the Agreement not modified in this Amendment shall remain in full force and effect and be considered incorporated herein as part of the amended Agreement. In the event of any conflict between this Amendment and the Agreement this Amendment shall govern and control

IN WITNESS WHEREOF, this amendment has been executed and delivered as of the date set forth above.

RTL LEASING, LLC

By: _____

Name: JAKE KNEITEL

Title: Manager

AUXILIOR CAPITAL PARTNERS, INC.

By: _____

Name: KENNETH C SULLIVAN

Title: SVP CCO

Scanned with CamScanner

EXHIBIT
6

12/31/2024 8:20 AM

**RTL Leasing LLC** ███ **2906-R December Re-Write**

| | |
|---|---|
| Compounding Period: | Monthly |
| Nominal Annual Rate: | 4.900% |

## Cash Flow Data - Loans and Payments

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 07/30/2024 | 2,113,122.29 | 1 | | |
| 2 | Payment | 09/01/2024 | 0.00 | 4 | Monthly | 12/01/2024 |
| 3 | Payment | 01/15/2025 | Interest Only | 6 | Monthly | 06/15/2025 |
| 4 | Payment | 07/15/2025 | 15,000.00 | 6 | Monthly | 12/15/2025 |
| 5 | Payment | 01/15/2026 | 30,000.00 | 12 | Monthly | 12/15/2026 |
| 6 | Payment | 01/15/2027 | 45,000.00 | 36 | Monthly | 12/15/2029 |
| 7 | Payment | 01/15/2030 | 400,632.70 | 1 | | |

## TValue Amortization Schedule - Normal, 360 Day Year

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 07/30/2024 | | | | 2,113,122.29 |
| 1 | 09/01/2024 | 0.00 | 9,206.17 | -9,206.17 | 2,122,328.46 |
| 2 | 10/01/2024 | 0.00 | 8,666.17 | -8,666.17 | 2,130,994.63 |
| 3 | 11/01/2024 | 0.00 | 8,701.56 | -8,701.56 | 2,139,696.19 |
| 4 | 12/01/2024 | 0.00 | 8,737.09 | -8,737.09 | 2,148,433.28 |
| **2024 Totals** | | **0.00** | **35,310.99** | **-35,310.99** | |
| 5 | 01/15/2025 | 12,883.44 | 12,883.44 | 0.00 | 2,148,433.28 |
| 6 | 02/15/2025 | 8,772.77 | 8,772.77 | 0.00 | 2,148,433.28 |
| 7 | 03/15/2025 | 8,772.77 | 8,772.77 | 0.00 | 2,148,433.28 |
| 8 | 04/15/2025 | 8,772.77 | 8,772.77 | 0.00 | 2,148,433.28 |
| 9 | 05/15/2025 | 8,772.77 | 8,772.77 | 0.00 | 2,148,433.28 |
| 10 | 06/15/2025 | 8,772.77 | 8,772.77 | 0.00 | 2,148,433.28 |
| 11 | 07/15/2025 | 15,000.00 | 8,772.77 | 6,227.23 | 2,142,206.05 |
| 12 | 08/15/2025 | 15,000.00 | 8,747.34 | 6,252.66 | 2,135,953.39 |
| 13 | 09/15/2025 | 15,000.00 | 8,721.81 | 6,278.19 | 2,129,675.20 |
| 14 | 10/15/2025 | 15,000.00 | 8,696.17 | 6,303.83 | 2,123,371.37 |
| 15 | 11/15/2025 | 15,000.00 | 8,670.43 | 6,329.57 | 2,117,041.80 |
| 16 | 12/15/2025 | 15,000.00 | 8,644.59 | 6,355.41 | 2,110,686.39 |
| **2025 Totals** | | **146,747.29** | **109,000.40** | **37,746.89** | |
| 17 | 01/15/2026 | 30,000.00 | 8,618.63 | 21,381.37 | 2,089,305.02 |
| 18 | 02/15/2026 | 30,000.00 | 8,531.33 | 21,468.67 | 2,067,836.35 |
| 19 | 03/15/2026 | 30,000.00 | 8,443.66 | 21,556.34 | 2,046,280.01 |

12/31/2024 8:20 AM

RTL Leasing LLC █████ 2906-R December Re-Write

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 20 | 04/15/2026 | 30,000.00 | 8,355.64 | 21,644.36 | 2,024,635.65 |
| 21 | 05/15/2026 | 30,000.00 | 8,267.26 | 21,732.74 | 2,002,902.91 |
| 22 | 06/15/2026 | 30,000.00 | 8,178.52 | 21,821.48 | 1,981,081.43 |
| 23 | 07/15/2026 | 30,000.00 | 8,089.41 | 21,910.59 | 1,959,170.84 |
| 24 | 08/15/2026 | 30,000.00 | 7,999.95 | 22,000.05 | 1,937,170.79 |
| 25 | 09/15/2026 | 30,000.00 | 7,910.11 | 22,089.89 | 1,915,080.90 |
| 26 | 10/15/2026 | 30,000.00 | 7,819.91 | 22,180.09 | 1,892,900.81 |
| 27 | 11/15/2026 | 30,000.00 | 7,729.34 | 22,270.66 | 1,870,630.15 |
| 28 | 12/15/2026 | 30,000.00 | 7,638.41 | 22,361.59 | 1,848,268.56 |
| **2026 Totals** | | **360,000.00** | **97,582.17** | **262,417.83** | |
| 29 | 01/15/2027 | 45,000.00 | 7,547.10 | 37,452.90 | 1,810,815.66 |
| 30 | 02/15/2027 | 45,000.00 | 7,394.16 | 37,605.84 | 1,773,209.82 |
| 31 | 03/15/2027 | 45,000.00 | 7,240.61 | 37,759.39 | 1,735,450.43 |
| 32 | 04/15/2027 | 45,000.00 | 7,086.42 | 37,913.58 | 1,697,536.85 |
| 33 | 05/15/2027 | 45,000.00 | 6,931.61 | 38,068.39 | 1,659,468.46 |
| 34 | 06/15/2027 | 45,000.00 | 6,776.16 | 38,223.84 | 1,621,244.62 |
| 35 | 07/15/2027 | 45,000.00 | 6,620.08 | 38,379.92 | 1,582,864.70 |
| 36 | 08/15/2027 | 45,000.00 | 6,463.36 | 38,536.64 | 1,544,328.06 |
| 37 | 09/15/2027 | 45,000.00 | 6,306.01 | 38,693.99 | 1,505,634.07 |
| 38 | 10/15/2027 | 45,000.00 | 6,148.00 | 38,852.00 | 1,466,782.07 |
| 39 | 11/15/2027 | 45,000.00 | 5,989.36 | 39,010.64 | 1,427,771.43 |
| 40 | 12/15/2027 | 45,000.00 | 5,830.07 | 39,169.93 | 1,388,601.50 |
| **2027 Totals** | | **540,000.00** | **80,332.94** | **459,667.06** | |
| 41 | 01/15/2028 | 45,000.00 | 5,670.12 | 39,329.88 | 1,349,271.62 |
| 42 | 02/15/2028 | 45,000.00 | 5,509.52 | 39,490.48 | 1,309,781.14 |
| 43 | 03/15/2028 | 45,000.00 | 5,348.27 | 39,651.73 | 1,270,129.41 |
| 44 | 04/15/2028 | 45,000.00 | 5,186.36 | 39,813.64 | 1,230,315.77 |
| 45 | 05/15/2028 | 45,000.00 | 5,023.79 | 39,976.21 | 1,190,339.56 |
| 46 | 06/15/2028 | 45,000.00 | 4,860.55 | 40,139.45 | 1,150,200.11 |
| 47 | 07/15/2028 | 45,000.00 | 4,696.65 | 40,303.35 | 1,109,896.76 |
| 48 | 08/15/2028 | 45,000.00 | 4,532.08 | 40,467.92 | 1,069,428.84 |
| 49 | 09/15/2028 | 45,000.00 | 4,366.83 | 40,633.17 | 1,028,795.67 |
| 50 | 10/15/2028 | 45,000.00 | 4,200.92 | 40,799.08 | 987,996.59 |
| 51 | 11/15/2028 | 45,000.00 | 4,034.32 | 40,965.68 | 947,030.91 |
| 52 | 12/15/2028 | 45,000.00 | 3,867.04 | 41,132.96 | 905,897.95 |
| **2028 Totals** | | **540,000.00** | **57,296.45** | **482,703.55** | |
| 53 | 01/15/2029 | 45,000.00 | 3,699.08 | 41,300.92 | 864,597.03 |
| 54 | 02/15/2029 | 45,000.00 | 3,530.44 | 41,469.56 | 823,127.47 |
| 55 | 03/15/2029 | 45,000.00 | 3,361.10 | 41,638.90 | 781,488.57 |
| 56 | 04/15/2029 | 45,000.00 | 3,191.08 | 41,808.92 | 739,679.65 |
| 57 | 05/15/2029 | 45,000.00 | 3,020.36 | 41,979.64 | 697,700.01 |

12/31/2024 8:20 AM

RTL Leasing LLC ▮ 2906-R December Re-Write

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 58 | 06/15/2029 | 45,000.00 | 2,848.94 | 42,151.06 | 655,548.95 |
| 59 | 07/15/2029 | 45,000.00 | 2,676.82 | 42,323.18 | 613,225.77 |
| 60 | 08/15/2029 | 45,000.00 | 2,504.00 | 42,496.00 | 570,729.77 |
| 61 | 09/15/2029 | 45,000.00 | 2,330.48 | 42,669.52 | 528,060.25 |
| 62 | 10/15/2029 | 45,000.00 | 2,156.25 | 42,843.75 | 485,216.50 |
| 63 | 11/15/2029 | 45,000.00 | 1,981.30 | 43,018.70 | 442,197.80 |
| 64 | 12/15/2029 | 45,000.00 | 1,805.64 | 43,194.36 | 399,003.44 |
| **2029 Totals** | | **540,000.00** | **33,105.49** | **506,894.51** | |
| 65 | 01/15/2030 | 400,632.70 | 1,629.26 | 399,003.44 | 0.00 |
| **2030 Totals** | | **400,632.70** | **1,629.26** | **399,003.44** | |
| **Grand Totals** | | **2,527,379.99** | **414,257.70** | **2,113,122.29** | |

| ANNUAL PERCENTAGE RATE<br><br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br><br>The dollar amount the credit will cost you. | Amount Financed<br><br>The amount of credit provided to you or on your behalf. | Total of Payments<br><br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **4.900%** | **$414,257.70** | **$2,113,122.29** | **$2,527,379.99** |